In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-22-00187-CV

_____

WALMART INC., INDIVIDUALLY AND DBA WALMART STORE #384, WALMART FULFILLMENT SERVICES, LLC, INDIVIDUALLY AND DBA WALMART STORE #384, WALMART STORES TEXAS, LLC, INDIVIDUALLY AND DBA WALMART STORE #384, AND KAITLYN TUCKER, Appellants

V.

SHAUN SHEPPARD, Appellee

On Appeal from the 172nd District Court
Jefferson County, Texas
Trial Cause No. E-209330

## MEMORANDUM OPINION

Appellants and Appellee filed a joint motion to dismiss the appeal.[1]

The parties filed the motion before the parties filed their briefs.

_____

[1]*See* Tex. R. App. P. 42.1.

We grant the motion and dismiss the appeal.[2]

APPEAL DISMISSED.

PER CURIAM

Submitted on July 13, 2022
Opinion Delivered July 14, 2022

Before Golemon, C.J., Horton and Johnson, JJ.

---

[2]*See* Tex. R. App. P. 43.2(f).